JAMES COSGROVE, Respondent, v. STATE OF NEW YORK, DEPARTMENT OF MOTOR VEHICLES, Appellant.—

Christ, P. J., Munder, Martuscello, Latham and Kleinfeld, JJ., concur.